NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN BROWN and VANESSA BROWN, )
his wife, )
                                       )
            Appellants, )
                                       )
v. )        Case No. 2D17-3850
                                       )
SUSAN R. FISCHER, )
                                       )
            Appellee. )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Marc Jay Tannen of Mark Jay Tannen, P.A.,
Boca Raton, for Appellants.

Diane H. Tutt of Conroy Simberg,
Hollywood; and Robert S. Horwitz of
Conroy Simberg, West Palm Beach,
for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.